BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:12-cr-0213 AWI DLB |
|---|---|
| Plaintiff, | ) STIPULATION AND |
| v. | ) PROTECTIVE ORDER BETWEEN THE ) UNITED STATES AND DEFENDANT ) ANTONIO PEREZ MARCIAL |
| ELISEO JARA, JR., SERGIO JARA, ANTONIO PEREZ-MARCIAL, LUCIA YOLANDA CHAVEZ, ARLENE JEANETTE MOJARDIN, CANDACE SHANTEL GONZALES, JOSEPH SHAWN CHAVEZ, JR., MELISSA ROCHELLE JARA, and RICARDO FABIAN SALINAS, | ) |
| Defendants. | ) |

    WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including but not limited to Social Security numbers, dates of birth, driver's license numbers, bank account numbers, telephone numbers, and residential addresses ("Protected Information"); and

    WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court proceedings

in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant ANTONIO PEREZ MARCIAL, by and through his counsel of record Jeremy Kroger and Ann H. Voris ("Defense Counsel"), and plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1.  This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.  This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

3.  By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorney, defense investigators and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4.  The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the

1  United States Government.  Defense Counsel will return the discovery
2  to the Government or certify that it has been destroyed at the
3  conclusion of the case.
4       5.   Defense Counsel will store the discovery in a secure place
5  and will use reasonable care to ensure that it is not disclosed to
6  third persons in violation of this agreement.
7       6.   Defense Counsel shall be responsible for advising the
8  defendant, employees, other members of the defense team, and defense
9  witnesses of the contents of this Stipulation and Order.
10      7.   In the event that the defendant substitutes counsel,
11 undersigned Defense Counsel agrees to withhold discovery from new
12 counsel unless and until substituted counsel agrees also to be bound
13 by this Order or the Court modifies this Order regarding such
14 transfer of discovery.
15      IT IS SO STIPULATED.

DATED:  July 26, 2012           By:  /s/ Ann H. Voris
                                     (authorized on 7/26/12)
                                     ANN H. VORIS
                                     JEREMY KROGER
                                     Assistant Federal Defenders
                                     Attorneys for defendant
                                     ANTONIO PEREZ MARCIAL

DATED:  July 26, 2012                BENJAMIN B. WAGNER
                                     United States Attorney

                                By:  /s/ Kirk E. Sherriff
                                     KIRK E. SHERRIFF
                                     HENRY Z. CARBAJAL III
                                     Assistant U.S. Attorneys

**ORDER**

IT IS SO ORDERED.

Dated:    July 27, 2012        _____
                               CHIEF UNITED STATES DISTRICT JUDGE