HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN MCGLENON, #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
ANTONIO PEREZ-MARCIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>ANTONIO PEREZ-MARCIAL,<br><br>*Defendants.* | Case No. 1:12-cr-00213 AWI-BAM-3<br><br>STIPULATION TO VACATE STATUS CONFERENCE HEARING AND SET FOR CHANGE OF PLEA HEARING; ORDER THEREON<br><br>DATE: March 24, 2014<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now scheduled for March 24, 2014, at 1:00 p.m., before Magistrate Judge Barbara A. McAuliffe, **may be vacated and the matter reset for a change of plea hearing March 24, 2014, at 10:00 a.m., before the Hon. Anthony W. Ishii.**

The parties have reached an agreement. The requested change of plea hearing will conserve time and resources for both counsel and the court. The government has no objection to this request.

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated: March 19, 2014        /s/ Kirk Sherriff
KIRK SHERRIFF
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: March 19, 2014        /s/ Ann H. McGlenon
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
ANTONIO PEREZ-MARCIAL

**O R D E R**

IT IS SO ORDERED.

Dated: March 19, 2014        _____
SENIOR DISTRICT JUDGE

Perez-Marcial / Stipulation to Vacate Status
Hearing and Set COP                    2