1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ANN MCGLENON, #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Counsel for Defendant
6  ANTONIO PEREZ-MARCIAL

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) Case No.  1:12-cr-00213 AWI-BAM-3
                                     )
12           *Plaintiff,*             ) STIPULATION TO ADVANCE SENTENCING;
                                     ) PROPOSED ORDER THEREON
13       vs.                         )
                                     ) DATE: May 12, 2014
14  ANTONIO PEREZ-MARCIAL,           ) TIME:  8:30 a.m.
                                     ) JUDGE: Hon. Anthony W. Ishii
15           *Defendants.*            )
                                     )
16  _____ )

17     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18  respective attorneys of record herein, that the Sentencing Hearing in the above-captioned

19  matter now scheduled for June 2, 2014, at 10:00 a.m., before Honorable Anthony W. Ishii,

20  **may be vacated and the matter advanced to May 12, 2014 at 10:00 a.m,, before the Hon.**

21  **Anthony W. Ishii.**

22     The parties have no objection to the pre-sentence report, which was based on an agreed-

23  upon plea.

24  ///

25  ///

26  ///

27  ///

28  ///

BENJAMIN B. WAGNER
United States Attorney

Dated:  May 5, 2014                    /s/ Kirk Sherriff
                                       KIRK SHERRIFF
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       HEATHER E. WILLIAMS
                                       Federal Defender

Dated:  May 5, 2014                     /s/ Ann H. McGlenon
                                       ANN H. MCGLENON
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ANTONIO PEREZ-MARCIAL


IT IS SO ORDERED.

Dated:   May 6, 2014                   _____
                                       SENIOR  DISTRICT  JUDGE