1 McGREGOR W. SCOTT
United States Attorney
2 KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
3 Assistant United States Attorneys
2500 Tulare Street, Suite 4401
4 Fresno, CA 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

6 Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00213 AWI |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ANTONIO PEREZ MARCIAL, | |
| Defendant. | |

**O R D E R**

This matter came before the Court on the United States' request to correct the judgment as to defendant Antonio Perez Marcial (Doc. 182) to reflect that Bank of America is the correct restitution payee as to the $186,000 and $280,250 restitution amounts listed in the judgment as payable to "Countrywide Bank c/o Bank of America" (for the "521 Windy Peak St." and "315 Fairfax Rd." properties). Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, and for good cause shown, the Court hereby corrects the judgment entered May 13, 2014 (Doc. 182), and orders that the $186,000 and $280,250 restitution amounts previously ordered in the judgment are payable to Bank of America. This Order does not otherwise modify the judgment or restitution ordered in this case.

/ / /

/ / /

/ / /

1

IT IS SO ORDERED.

Dated: July 13, 2018

_____
SENIOR DISTRICT JUDGE